# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM KARRIEM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JANINE WALLACE,<br><br>　　　　Respondent. | Case No.  CV 20-05922-MWF (PD)<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

　　　Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v.*

*Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the First Amended Petition is denied without prejudice.

DATED: January 28, 2021.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE