1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAHEEM KARRIEM,

              Petitioner,

      v.

JANINE WALLACE,

              Respondent.

Case No.  CV 20-05922-MWF (PD)

**JUDGMENT**

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice.

DATED:  January 28, 2021.

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE